UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WHITNEY WILLIAMS<br>　　　Plaintiff, | )<br>)<br>) |
| v. | ) Case No. 5:24-cv-953-R<br>) |
| NATIONAL CREDIT SYSTEMS, INC.,<br>　　　Defendant. | )<br>)<br>) |

## STIPULATION OF DISMISSAL

COMES NOW the Parties pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) hereby requesting that Defendant be dismissed with prejudice. In support hereof, the Parties state as follows:

1. Plaintiff has agreed to dismiss her claims against Defendant with prejudice pursuant to an agreed settlement among the parties.

2. Plaintiff and Defendant have agreed to each pay their respective fees and costs.

WHEREFORE, the Parties request an Order of this Court granting dismissal with prejudice of Plaintiff's claims against Defendant.

Submitted this 10th day of January 2025.

　　　　　　　　　　　　　　　　　　　/s/ Tiffany Hill

　　　　　　　　　　　　　　　　　　　Tiffany Hill, Esq. (OBA# 31332)
　　　　　　　　　　　　　　　　　　　PO Box 5302
　　　　　　　　　　　　　　　　　　　Edmond, OK 73083
　　　　　　　　　　　　　　　　　　　(405) 456-9406
　　　　　　　　　　　　　　　　　　　thlegalconsulting@gmail.com
　　　　　　　　　　　　　　　　　　　*ATTORNEY FOR PLAINTIFF*

                By:   *s/ Preston M. Sullivan*
                     Kiran A. Phansalkar, OBA #11470
                     Preston M. Sullivan, OBA #33619
CONNER & WINTERS, LLP
1700 One Leadership Square
211 N. Robinson Ave.
Oklahoma City, OK 73102
Telephone: (405) 272-5711
Facsimile: (405) 232-2695
Email: kphansalkar@cwlaw.com
        psullivan@cwlaw.com
ATTORNEYS FOR DEFENDANT
NATIONAL CREDIT SYSTEMS, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document, using the electronic case filing system of the Court and a copy of the foregoing was served upon all parties of record via CM/ECF.

                                        Respectfully submitted,

Dated: January 10, 2025               s/ Tiffany Hill
                                        Tiffany Hill, Esq. (OBA #31332)